UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30151-MAP

KATHY O'MALLEY, )
    Plaintiff )
 )
vs. )
 )
TOWN OF EGREMONT, CHARLES )
OGDEN, HARRY MEYER, AND, )
DONALD GLEASON, )
    Defendants )

## **DEFENDANTS BUDGET 16.1 CERTIFICATION**

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: _____
Maureen MacDonald
Authorized Representative of
Massachusetts Interlocal Insurance
Association
12 Gill Street, Suite 5500
P. O. Box 4043
Woburn, MA 01888-4043

By: _____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413) 732-2301
Fax (413) 785-4658
BBO # 544402

DATED: _____

404459