UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


KATHY O'MALLEY,
          Plaintiffs

V.                                        CR 05-30151-MAP


TOWN OF EGREMONT, ET AL,
          Defendants

<u>ORDER</u>

October 14, 2005

PONSOR, D.J.

     The above captioned case was removed from the Franklin county Superior Court on June 24, 2005.  The defendants were served on June 17, 2005, prior to the case being removed.  No answers or responsive pleadings have been filed and the plaintiffs have taken no steps to further prosecute this case. Plaintiffs are ordered to file a status report with court by October 31, 2005, or the case will be dismissed for lack of prosecution pursuant to Local Rule 41.1(b)(1).

     It is so ordered.


                              /s/Michael A. Ponsor
                              United States District Judge