UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30151-MAP

| | |
|---|---|
| KATHY O'MALLEY, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| TOWN OF EGREMONT, CHARLES OGDEN, HARRY MEYER, AND DONALD GLEASON, | ) |
|     Defendants | ) |

## DEFENDANTS' MOTION TO DISMISS

NOW COME the defendants, Town of Egremont, Charles Ogden, Harry Meyer and Donald Gleason, and respectfully move this Court, pursuant to Fed. R. Civ. P. 12, to dismiss the plaintiff's complaint as against them. As grounds therefor and in support thereof, the defendants state that the plaintiff has failed to state any cause of action cognizable under either federal or state law and/or that the plaintiff has failed to timely file requiring dismissal.

WHEREFORE, based upon the foregoing, the defendants respectfully request that this Court dismiss the plaintiff's complaint as against them.

THE DEFENDANTS
TOWN OF EGREMONT, CHARLES
OGDEN, HARRY MEYER AND
DONALD GLEASON


By   */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402

409043

2

## CERTIFICATE OF CONSULTATION

The undersigned states, in accordance with Rule 7.1 of the Local Rules of the United States District Court that an effort was made to resolve this matter.

                    */s/ Nancy Frankel Pelletier*
                    Nancy Frankel Pelletier, Esq.

## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 17th day of October, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, David E. Ashworth, Esq., of 11 Pleasant Street, Worcester, MA 01609.

Subscribed under the penalties of perjury.

                    */s/ Nancy Frankel Pelletier*
                    Nancy Frankel Pelletier, Esq.

406490