UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHY O'MALLEY, )<br>Plaintiff, )<br>)<br>V. )<br>)<br>TOWN OF EGREMONT, CHARLES )<br>OGDEN, HARRY MEYER, AND, )<br>DONALD GLEASON, )<br>Defendants, ) | CIVIL ACTION NO. 05-30151 |

**PLAINTIFF'S STATUS REPORT**

On October 14, 2005, the Honorable Michael A. Ponsor, issued an Order that plaintiff report the status of her prosecution of this case by October 31, 2005. Plaintiff reports that four days later on October 18, 2005, defendants' filed a motion to dismiss. Plaintiff will submit her opposition to defendants' motion to dismiss. Plaintiff anticipates moving to file an amended complaint in connection with defendant's removal from state court, and their motion to dismiss.

Plaintiff plans on conducting the deposition of Harry Meyer in early February 2006. Interrogatories and Motions for Production of documents are presently being drafted and will be served during the course of litigation. Plaintiff anticipates a relatively short trial on the merits, (3 days), most likely without the need for expert testimony.

Plaintiff has been discussing in detail the financial requirements and potential alternative dispute resolution options available to her with respect to the prosecution of this matte. (See,

Local Rule 16.1). Plaintiff has commenced this action in good faith and their have been no

dilatory motives to any of her actions to date.

> Respectfully submitted
> Kathey O'Malley, Plaintiff
> By her Attorney,
>
> _____
> David E. Ashworth, Esq.
> 11 Pleasant Street
> Worcester, MA 01609
> (508) 753 9199
> BBO# 549850

## CERTIFICATION OF SERVICE

I, hereby certify that a true copy of the foregoing, **STATUS REPORT,** was served upon, the defendants' counsel of record, Ms. Nancy Frankel Pelletier, Esq., Robinson Donovan, 1500 Main Street, Suite 1600, Springfield, MA 01115, and Jerome Scully, Esq., Town Counsel, Hannon, Lerner, Cowhig, Scully & Bell, 184 Main Street, Lee, MA 01238,.by telefax and mail , this 31st day of October, 2005.

_____
David E. Ashworth, Esq.