UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHY O'MALLEY,<br>    Plaintiff,<br><br>V<br><br>TOWN OF EGREMONT, ET AL.,<br>    Defendants, | CIVIL ACTION NO. 05-30151 |

**PLAINTIFF'S COUNSEL'S AFFIDAVIT IN SUPPORT
OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

1. I am the plaintiff's counsel in the above captioned action.

2. Plaintiff's counsel did intend and attempt to file the case in Pittsfield Superior Court on March 10, 2002, leaving Worcester at approximately 1:45 p.m. arriving at approximately 5:10 p.m., and was delayed approximately one and one half hours, due to extreme weather conditions, (rain, a heavy downpour, poor visibility), on Route 290 West, the Massachusetts Turnpike West, and 7 North to Pittsfield, Massachusetts.

3. Counsel was forced to exit the Massachusetts Turnpike at Exit 10 due to weather conditions and weather caused traffic, which rendered the Clerk's Office inaccessible by 5:00 p.m., under the circumstances. (See, Ex. "A")

4. When counsel finally arrived at 5:10 p.m., the Courthouse doors were locked and upon inquiry I determined that the Clerk's Office had closed for the day.

5. The next day, counsel arrived at Pittsfield Superior Court Clerks Office at 8:30 a.m., on March 11, 2005, and filed the complaint, paid the appropriate filing fees and had summons issued to each defendant.

6. Plaintiff alleges that she in fact suffered damages when her constitutional rights were infringed upon by means of threats, intimidation and coercion of certain public employees, including an assault by Defendant Meyer upon Ms. O'Malley's person, which caused her to fear for her safety, and caused the denial of her free speech rights, her voting rights, her right to petition the government, and other state and federal rights.

7. Ms. O'Malley did seek medical counseling and treatment directly related to the fear, anxiety, and emotional distress suffered substantially as a result of defendant's unlawful conduct totaling approximately $7500.00 Dollars.

Signed under the pains and penalties of perjury this 1st day of November, 2005.

_____
David E. Ashworth, Esq.

Ex. "A"

**MASSACHUSETTS TURNPIKE**
**RECEIPT**

CL   TOLL   DATE    PLZ COLL   NO.
1  $1.50  07/10/05   10  61565

---

**THE COMMONWEALTH OF MASSACHUSETTS**
CLERK - MAGISTRATE
BERKSHIRE DIVISION
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
COURTHOUSE, 76 EAST ST
PITTSFIELD, MA 01201

30278

| TRANSIT NUMBER | CHECK | CASH | NET AMOUNT | DATE | NAME | DESCRIPTION | DOCKET NO |
|---|---|---|---|---|---|---|---|
| 5-13 | 295.00 | | 295.00 | 8/11/05 | DAVID G. ASHWORTH, ESQ | Atty/Sui/Sec Summons | 05-0 |

# DAVID E. ASHWORTH
ATTORNEY AT LAW
11 PLEASANT STREET
WORCESTER, MASSACHUSETTS 01609-3201

TELEPHONE: 508 753-9199

FACSIMILE: 508 831-9639

November 1, 2005

Ms. Nancy Frankel Pelletier, Esq.
Robinson & Donovan
1500 Main Street
P.O. Box 15609
Springfield, MA 01115

RE: **O'MALLEY V. TOWN OF EGREMONT, ET AL,**
   **U.S.D.C. CA NO. 05-30151**

Dear Ms. Pelletier:

Enclosed you will find plaintiff's opposition to defendants' motion to dismiss and supporting affidavit and exhibit.

If you should have any questions please feel free to contact me at this office.

Very truly yours,

David E. Ashworth, Esq.

DEA/dea
cc: Kathleen O'Malley
Enclosure