UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred

KATHY O'MALLEY

V.   CA No. 05-30151-MAP
TOWN OF EGREMONT, ET AL   Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge   Neiman   for the following proceedings:

(A)   Referred for full pretrial case management, including all dispositive motions.

(B)   Referred for full pretrial case management, not including dispositive motions:

(C)   Referred for discovery purposes only.

(D)   Referred for Report and Recommendation on:

    (  ) Motion(s) for injunctive relief
    (  ) Motion(s) for judgment on the pleadings
    (  ) Motion(s) for summary judgment
    (  ) Motion(s) to permit maintenance of a class action
    (  ) Motion(s) to suppress evidence
    ( X ) Motion(s) to dismiss
    (  ) Post Conviction Proceedings[1]
    See Documents Numbered:   5

(E)   Case referred for events only.  See Doc. No(s).
(F)   Case referred for settlement.

(G)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    (  ) In accordance with Rule 53, F.R.Civ.P.
    (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)   Special Instructions: _____

By:   /s/Elizabeth A. French
      Deputy Clerk

Date

November 22, 2005

**(Order of Ref to MJ.wpd - 05/2003)**

---

[1]   See reverse side of order for instructions