```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS


KATHY O'MALLEY,                )
         Plaintiff             )
                               )
              v.               )   C.A. NO. 05-30151-MAP
                               )
TOWN OF EGREMONT, ET AL,       )
         Defendants            )
```

### MEMORANDUM AND ORDER REGARDING REPORT AND RECOMMENDATION WITH REGARD TO DEFENDANTS' MOTION TO DISMISS
(Docket Nos. 5 & 11)

September 26, 2006

PONSOR, D.J.

Plaintiff has brought this civil rights action against the Town of Egremont, the Chairman of the Town's Board of Selectmen, the operator of the Town's transfer station, and the operator's assistant. Defendants filed a Motion to Dismiss, which was referred to Chief Magistrate Judge Kenneth P. Neiman for report and recommendation.

On March 17, 2006, Magistrate Judge Neiman issued his Report and Recommendation, to the effect that Defendants' motion be allowed as to Count I, V and VI, so much of Counts II through IV and VII through IX as were premised on the events of March 2, 9 and 10, 2002, and all counts in so far as they seek relief against Defendant Gleason. Plaintiff thereafter filed a timely objection to the Report and Recommendation (Dkt. No. 12). Defendants filed no objection

to the Report and Recommendation.

Upon <u>de novo</u> review, the court hereby ADOPTS the Report and Recommendation of Chief Magistrate Judge Kenneth P. Neiman. As the Magistrate Judge found, the portions of the complaint ordered to be dismissed are barred by the three-year statute of limitations. For the reasons noted in the recommendation, Plaintiff has no valid argument to toll the limitations period.

Having adopted the Report and Recommendation, the court hereby ALLOWS Defendants' Motion to Dismiss (Dkt. No. 5), in part, to the extent set forth in the conclusion of the Report and Recommendation. <u>See</u> Dkt. 11 at 13. The clerk will refer this matter to Magistrate Judge Neiman for a pretrial scheduling conference to determine future proceedings.

It is So Ordered.

<u>/s/ Michael A. Ponsor</u>
MICHAEL A. PONSOR
U. S. District Judge
