UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KATHY O'MALLEY, | ) | CIVIL ACTION NO. 05-30151 |
|     Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| TOWN OF EGREMONT, CHARLES | ) | |
| OGDEN, HARRY MEYER, AND, | ) | |
| DONALD GLEASON, | ) | |
|     Defendants, | ) | |

**MOTION TO CONTINUE SCHEDULING CONFERENCE**

Now comes plaintiff in the above captioned matter and respectfully moves this court for a continuance of the Final Pre Trial Conference, now scheduled for November 28, 2006, at 9:30 a.m. in Courtroom 3, in front of The Honorable Kenneth P. Neiman, to December 8, 2006, at 10:30 a.m.. Plaintiff is actually engaged in trial in Worcester District Court on November 28, 2006. Defendants' counsel, Nancy Frankel Pelletier, Esq. has been notified of this request and has assented to the motion, and counsel has verified the court's availability on that date and time.

WHEREFORE, plaintiff respectfully requests the court to grant plaintiff's motion, for good cause and in the interests of justice.

      Respectfully submitted,
Kathy O'Malley
  By her Attorney,


//David E. Ashworth//
_____
David E. Ashworth, Esq.
11 Pleasant Street
Worcester, MA 01609
(508) 753 9199
BBO# 549850


## CERTIFICATION OF SERVICE

   I, hereby certify that a true copy of the foregoing, **MOTION TO CONTINUE SCHEDULING CONFERENCE,** was served upon, the defendants' counsel of record, Ms. Nancy Frankel Pelletier, Esq., Robinson Donovan, 1500 Main Street, Suite 1600, Springfield, MA 01115, this 22nd day of November, 2006.


"/s/ David E. Ashworth, Esq."
_____
David E. Ashworth, Esq.