UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KATHY O'MALLEY, | ) | CIVIL ACTION NO. 05-30151 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| TOWN OF EGREMONT, CHARLES | ) | |
| OGDEN, HARRY MEYER, AND, | ) | |
| DONALD GLEASON, | ) | |
| Defendants, | ) | |

**JOINT STATEMENT OF PROPOSED PRETRIAL SCHEDULE UNDER L.R. 16.1**

**(B) Obligation of Counsel to Confer**:

The parties have conferred and have reached some agreement on a proposed pre trial agenda for the Scheduling Conference.

(1) Agenda of Matters to be Discussed

　　I. Nature and basis of plaintiff's claims

　　II. Proposed Discovery plan

　　III. Possibilities for prompt resolution

(2) Proposed Pretrial Schedule:

(3) Plaintiff consents to a Trial by Magistrate.

**(C) Settlement Proposals:**

Plaintiff has just made a demand and some good faith settlement negotiations have taken place and have largely been unsuccessful.

**(D) Joint Statement:**

**(1) Discovery Plan:**

    I.  All automatic discovery required by Local Rule 26.2(A) shall be made by December 29, 2006.

    II.  All interrogatories and document requests pursuant to Rules 33 and 34 shall be served by March , 2007

    III.  All requests for Admissions pursuant to Rule 36 shall be served by October 1, 2007.

    IV.  All Depositions of fact shall be completed by October 1, 2007.

**(2)  Motions:**

    I.  All motions for joinder and amendments to the complaint shall be filed by February 28, 2007.

                                  Respectfully submitted
                                    Kathey O'Malley, Plaintiff
                                    By her Attorney,

                                    "/s/ David E. Ashworth, Esq."
                                    _____
                                    David E. Ashworth, Esq.
                                    11 Pleasant Street
                                    Worcester, MA 01609
                                    (508) 753 9199
                                    BBO# 549850

"/s/ Nancy F. Pelletier, Esq.

Ms. Nancy Frankel Pelletier, Esq.,
Robinson Donovan,
1500 Main Street, Suite 1600,
Springfield, MA 01115

## CERTIFICATION OF SERVICE

I, hereby certify that a true copy of the foregoing **JOINT STATEMENT OF PROPOSED PRETRIAL SCHEDULE UNDER L.R. 16.1, and**, **PLAINTIFF'S CERTIFICATION UNDER L.R. 16.1**, was served upon, the defendants' counsel of record, Ms. Nancy Frankel Pelletier, Esq., Robinson Donovan, 1500 Main Street, Suite 1600, Springfield, MA 01115, this 21st day of November, 2006.

"/s/ David E. Ashworth, Esq."

David E. Ashworth, Esq.

Case 3:05-cv-30151-MAP  Document 16  Filed 11/22/2006  Page 4 of 4