UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KATHY O'MALLEY, )  | | CIVIL ACTION NO. 05-30151 |
| Plaintiff, ) | | |
| ) | | |
| 5. ) | | |
| ) | | |
| TOWN OF EGREMONT, ET AL., ) | | |
| Defendants, ) | | |

**PLAINTIFF'S CERTIFICATION UNDER L.R. 16.1(D)(3)**

Counsel for plaintiff and the plaintiff Kathy O'Malley hereby certify that they have conferred

with a view toward establishing a budget for the costs of conducting the full course of litigation,

and have discussed various alternative courses of resolution of this litigation, and have considered

resolution programs such as those outlined in Local Rule 16.4.

                                                Respectfully submitted
                                                Kathey O'Malley, Plaintiff
                                                By her Attorney,

"/s/ David E. Ashworth, Esq."
_____
David E. Ashworth, Esq.
11 Pleasant Street
Worcester, MA 01609
(508) 753 9199
BBO# 549850

"/s/ Kathy O'Malley
_____
Kathey O'Malley, Plaintiff