UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHY O'MALLEY,       )<br>            Plaintiff    )<br>                          )<br>  v.                      )<br>                          )<br>                          )<br>TOWN OF EGREMONT, CHARLES  )<br>OGDEN, HARRY MEYER and     )<br>DONALD GLEASON,            )<br>            Defendants  ) | Civil Action No. 05-30151 |

SCHEDULING ORDER
December 8, 2006

NEIMAN, C.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by December 29, 2006.

2. Motions to amend the pleadings shall be filed by January 31, 2007.

3. All interrogatories and requests for production of documents shall be served by March 1, 2007.

4. Non-expert depositions shall be completed by August 3, 2007.

5. Counsel shall appear for a case management conference on August 27, 2007, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

      /s/ Kenneth P. Neiman
    KENNETH P. NEIMAN
    Chief Magistrate Judge