From: IREDALE COSMETICS    14136449105    12/07/2006 16:51 #106 P.001/001
Case 3:05-cv-30151-MAP    Document 19    Filed 12/08/2006    Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHY O'MALLEY,<br>　　Plaintiff, ) | CIVIL ACTION NO. 05-30151 |
| ) | |
| V.  ) | |
| ) | |
| TOWN OF EGREMONT, ET AL., )<br>　　Defendants, ) | |

**PLAINTIFF'S CERTIFICATION UNDER L.R. 16.1(D)(3)**

Counsel for plaintiff and the plaintiff Kathy O'Malley hereby certify that they have conferred with a view toward establishing a budget for the costs of conducting the full course of litigation, and have discussed various alternative courses of resolution of this litigation, and have considered resolution programs such as those outlined in Local Rule 16.4.

　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　Kathey O'Malley, Plaintiff
　　　　　　　　　　　　　　　　By her Attorney,

　　　　　　　　　　　　　　　　"/s/ David E. Ashworth, Esq."
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　David E. Ashworth, Esq.
　　　　　　　　　　　　　　　　11 Pleasant Street
　　　　　　　　　　　　　　　　Worcester, MA 01609
　　　　　　　　　　　　　　　　(508) 753 9199
　　　　　　　　　　　　　　　　BBO# 549850

　　　　　　　　　　　　　　　　"/s/ Kathy O'Malley
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Kathey O'Malley, Plaintiff