UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30151-MAP

| | |
|---|---|
| KATHY O'MALLEY,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| TOWN OF EGREMONT, CHARLES OGDEN,<br>HARRY MEYER, AND DONALD GLEASON,<br>    Defendants | )<br>)<br>) |

## DEFENDANTS' MOTION TO COMPEL

NOW COME the defendants and respectfully move this Court to compel the plaintiff's compliance with discovery requests in the above-captioned matter.

On or about December 8, 2006, this Court issued a Scheduling Order requiring that all interrogatories and request for production of documents were to be served by March 1, 2007. In compliance therewith, on or about January 4, 2007, the defendants served said discovery requests. Having received not responses, in compliance with Rule 7.1, the defendants, by way of correspondence dated March 1, 2007, a copy of which is attached hereto and marked as Exhibit A, wrote requesting some indication from the plaintiff's counsel as to when he intended to respond. The plaintiff's counsel left a telephone message the week thereafter indicating that the responses were forthcoming. To date, no responses have been received.

473407

## CONCLUSION

WHEREFORE, based upon the foregoing, the defendants respectfully request that the plaintiff be compelled to respond to discovery and for such other and further relief as this Court deems just and proper.

THE DEFENDANTS
TOWN OF EGREMONT, CHARLES
OGDEN, HARRY MEYER AND
DONALD GLEASON


By   */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402

## CERTIFICATE OF CONSULTATION

The undersigned states, in accordance with Rule 7.1 of the Local Rules of the United States District Court that an effort was made to resolve this matter.

   */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 18th day of April, 2007.

   */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

473407