UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHY O'MALLEY,        )<br>    Plaintiff,        )<br>                         )<br>V.                       )<br>                         )<br>TOWN OF EGREMONT, CHARLES  )<br>OGDEN, HARRY MEYER, AND,   )<br>DONALD GLEASON,            )<br>    Defendants,    ) | CIVIL ACTION NO. 05-30151 |

**STIPULATION OF DISMISSAL**

   Now comes plaintiff in the above captioned matter and files this stipulation of dismissal, to be signed by all parties who have appeared in the action, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii).

                                    Respectfully submitted,
                                    Kathy O'Malley
                                    By her Attorney,

/s/ David E. Ashworth
_____
David E. Ashworth, Esq.
11 Pleasant Street
Worcester, MA 01609
(508) 753 9199
BBO# 549850


/s/ Nancy Frankel Pelletier
_____
Nancy Frankel Pelletier, Esq.
Counsel for Defendants
Robinson Donovan
1500 Main Street
Springfield, MA 01115